# United States District Court
## Eastern District of California
Redding Branch

UNITED STATES OF AMERICA )  VIOLATE/CASE NO. 3:19-po-0028 DMC
                         )
            vs.          )  **ORDER TO APPEAR**
                         )
     John Russo          )
                         )

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on May 30, 2019 at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 5-7-19

Christy L. Pino
Deputy Clerk for
U.S. Magistrate Judge Dennis M. Cota