Ashley J. Bargenquast (SBN 306071)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 871-5999
Ashley@Tully-Weiss.com


Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00092-DB-1 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING |
| JOHN A. RUSSO | TIME |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant JOHN A. RUSSO may have additional time within which to provide a wet ink copy of a signed Consent to Proceed Before United States Magistrate Judge In a Misdemeanor Case. Therefore, the last day for Defendant to provide a wet ink copy of the signed document is by close of business June 14, 2019.

Good cause exists for this extension as Defense Counsel in good faith incorrectly represented Mr. Russo's ability to provide a wet ink copy of his signature. Mr. Russo was not present in court, in accordance with Rule 43. Upon contacting Mr. Russo after court, Defense Counsel was provided with an electronic copy of the Consent, which has been provided to the court. However, Mr. Russo's international travel prevents him from providing the court with the wet ink signature in the previously ordered time. Defense Counsel informed the Court's

STIPULATION TO EXTEND TIMEFOR DEFENDANT TO PROVIDE SIGNED CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE; ORDER - 1

Courtroom Deputy and submitted this stipulation and order as soon as possible after the timing issue became known.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully Submitted,

DATED: June 6, 2019                    By: _/s/ Ashley J. Bargenquast_____
                                           Ashley J. Bargenquast
                                           Attorney for Defendant
                                           Tully & Weiss Attorneys at Law


DATED: June 6, 2019                    By: _/s/ Christopher S. Hales_____
                                           Christopher S. Hales
                                           Attorney for Plaintiff
                                           Assistant United States Attorney


**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should provide a wet ink copy of the signed Consent to Proceed Before United States Magistrate Judge In a Misdemeanor Case by close of business June 14, 2019.

Dated: June 6, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIMEFOR DEFENDANT TO PROVIDE SIGNED CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE; ORDER - 2