**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN A. RUSSO,<br><br>Defendant. | Case No.: 2:19-CR-00092-DB<br><br>**ORDER VACATING MOTION DATES AND CONVERTING NEXT DATE TO A STATUS CONFERENCE** |

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. The briefing schedule set for the Suppression Motion shall be vacated, and the next court date of August 6, 2019, shall be converted to a status conference date.

For the reasons stated in court on May 30, 2019, and the reasons set forth in the parties' stipulation, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date through August 6, 2019, inclusive, remains excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request, and the Court finds that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

Dated: June 26, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE