McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
CHRISTOPHER HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-cr-00092-DB |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO ENJOIN THE DOJ |
| v. | |
| JOHN A. RUSSO, | DATE: September 25, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Deborah Barnes |

**STIPULATION**

1. By previous order, this matter was set for a motion hearing on September 25, 2019.

2. By this stipulation, the parties now move to continue the motion hearing to October 29, 2019, and to reset the briefing schedule as follows: Government's Response due on October 11, 2019; Defense Reply due on October 18, 2019.

3. By this stipulation, the parties agree to exclude time between September 25, 2019, and October 29, 2019, under Local Code E.

4. The parties agree and stipulate, and request that the Court find the following:

a) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25, 2019 to October 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), [Local Code E] because it is a delay resulting from a pretrial motion during the period between the filing of the motion (ECF 15) and the hearing on said motion.

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE
MOTION HEARING

1

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *CHI SOO KIM*
CHI SOO KIM
Assistant U.S. Attorney

Dated: September 19, 2019

/s/ *ASHLEY J. BARGENQUAST*
ASHLEY J. BARGENQUAST
Counsel for Defendant
JOHN A. RUSSO

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23 day of September, 2019.

THE HONORABLE DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE