McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0092 DB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOHN A. RUSSO, | DATE: November 13, 2019<br>COURT: Hon. Deborah Barnes |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 29, 2019, the Court held a hearing on defendant's motion to enjoin the government from spending funds to prosecute this case. [ECF No. 22] On October 31, 2019, the Court denied defendant's motion by written order. [ECF No. 23] No further dates are currently set in this case.

2. By this stipulation dated November 13, 2019 the parties request the Court to set a status conference in this case for December 10, 2019 at 10:00 a.m., and to exclude time between November 13, 2019, and December 10, 2019, under Local Code T4. At the status conference the parties expect to either resolve the case or set it for trial.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a) The government has produced discovery to the defense in this case including but not limited to investigative reports and photographs related to the incident. Defendant has also collected a substantial amount of information in connection with his motion to enjoin the prosecution which has been provided to the government and the Court.

b) Counsel for defendant desires additional time to consult with her client, review the current charges, conduct investigation and research, discuss potential resolutions with her client, prepare pretrial motions, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance or to an exclusion of time.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2019 to December 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *CHI SOO KIM*
CHI SOO KIM
Assistant United States Attorney

Dated: November 13, 2019

/s/ *Ashley Bargenquast*
Ashley Bargenquast
Counsel for Defendant
JOHN A. RUSSO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 15, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3