1  McGREGOR W. SCOTT
   United States Attorney
2  Alstyn B. Bennett
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-0092 DB

12                      Plaintiff,        STIPULATION TO SET STATUS CONFERENCE
                                          AND EXCLUDE TIME PERIODS UNDER
13              v.                        SPEEDY TRIAL ACT; FINDINGS AND ORDER

14 JOHN A. RUSSO,                         DATE: March 17, 2020
                                          COURT: Hon. Deborah Barnes
15                      Defendant.

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      On February 25, 2020, the Court held a hearing on defendant's motion to dismiss under

21 *California v. Trombetta*. [ECF No. 32]  On March 4, 2020, the Court denied defendant's motion by

22 written order. [ECF No. 33]  No further dates are currently set in this case.

23      2.      By this stipulation dated March 6, 2020 the parties request the Court to set a status

24 conference in this case for March 17, 2020 at 9:30 a.m., and to exclude time between March 6, 2020 and

25 March 17, 2020, under Local Code T4.  Defense counsel has informed the government that he intends to

26 file additional Rule 12 motions.  At the status conference, the government intends to request that the

27 Court impose a deadline for all Rule 12 motions.

28      3.      The parties agree and stipulate, and request that the Court find the following:

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

a)	Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research, discuss potential resolutions with his client, prepare Rule 12 motions, and otherwise prepare for trial.

b)	Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)	The government does not object to the continuance or to an exclusion of time.

d)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 6, 2020 to March 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 6, 2020

MCGREGOR W. SCOTT
United States Attorney


/s/ *Alstyn B. Bennett*
Alstyn B. Bennett
Special Assistant United States
Attorney

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated: March 6, 2020

/s/ *Joseph Tully*
Joseph Tully
Counsel for Defendant
JOHN A. RUSSO

[*Approved via email March 6, 2020*]

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED:

Dated: March 10, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3