UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-cr-00092-DB |
| Plaintiff, | ) ) | ORDER TO DISMISS WITHOUT PREJUDICE AND VACATE HEARING |
| v. | ) ) | DATE: June 9, 2020 |
| JOHN RUSSO, | ) ) | TIME: 10:00 a.m. JUDGE: Honorable Deborah Barnes |
| Defendant. | ) ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to dismiss the information in Case Number 2:19-cr-00092-DB without prejudice is GRANTED.

It is further ordered that the Rule 12 briefing schedule and corresponding June 9, 2020 hearing are vacated.

IT IS SO ORDERED.

Dated: May 19, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE